## In re Michael R. CALABRESE, Petitioner.

### No. 11–BG–1276.

District of Columbia Court of Appeals.

Filed Feb. 2, 2012.

Bar Registration No. 366774, BDN: 218–11.

Before GLICKMAN and EASTERLY, Associate Judges, and FARRELL, Senior Judge.

### ORDER

PER CURIAM

On consideration of Bar Counsel's report regarding petitioner's petition for reinstatement, the petition for reinstatement, and it appearing that petitioner filed his D.C. Bar R. XI, § 14(g) affidavit on November 5, 2004 and therefore is eligible to file the petition for reinstatement, it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that Michael R. Calabrese, Esquire is hereby reinstated to the Bar of the District of Columbia.